FILED
Charlotte
6/22/2026
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

## for the

### Western District of North Carolina

United States of America
v.

MICHAEL JOHN HESS

_Defendant_

)
)
)
)
)
)
)

Case No. 3:26-CR-133-KDB

**RECEIVED
UNITED STATES MARSHAL**

**4:25 pm, Jun 16 2026**

**WESTERN NORTH CAROLINA
CHARLOTTE**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   MICHAEL JOHN HESS                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(c) - Travel with intent to engage in illicit sexual conduct

Date:   06/16/2026

_Issuing officer's signature_

City and state:   Charlotte, North Carolina

Katherine Simon, Clerk, U.S. District Court
_Printed name and title_

| Return |
| --- |

This warrant was received on _(date)_ 6-16-26 , and the person was arrested on _(date)_ 6-18-26
at _(city and state)_ CHARLOTTE, NC .

Date:  6-18-26

_Arresting officer's signature_

B. ROYALS, DUSM
_Printed name and title_